**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7421**

TRAVIS EUGENE WARD,

Plaintiff – Appellant,

v.

BARBARA MEADE, Medical Administrator; BRITTNEY BLACKSHEAR,
Substance Abuse Counselor; C. STEVENSON, Ombudsman,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:16-cv-00657-REP-RCY)

Submitted:  January 20, 2017        Decided:  February 24, 2017

Before MOTZ, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis Eugene Ward, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Eugene Ward appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ward v. Meade</u>, No. 3:16-cv-00657-REP-RCY (E.D. Va. Oct. 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>